UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DOUGLAS SINCLAIR,

    Plaintiff,

v.           Case No. 3:12-cv-939-J-99TJC-JRK

HARRY L. SHORSTEIN, etc.;
et al.,

    Respondents.

_____

### **ORDER**

  This cause is before the Court upon Plaintiff's Civil Rights Complaint (Doc. #1). This matter was considered by the United States Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge filed a Report and Recommendation, recommending the dismissal of this case without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). The Magistrate Judge informed the Plaintiff that, within fourteen (14) days after being served with a copy of the Report and Recommendation, he may serve and file specific written objections to the proposed findings and recommendations. Furthermore, Plaintiff was advised that a judge of the court would make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection was made.

  Plaintiff has filed an Objection to Recommendation (Doc. #12). Upon review, the Objection to Recommendation will be **OVERRULED**.

Upon consideration of the Magistrate Judge's Report and Recommendation and upon this Court's independent examination, it is

**ORDERED:**

1. Plaintiff's Objection to Recommendation (Doc. #12) is **overruled**.

2. The Magistrate Judge's Report and Recommendation (Doc. #11), filed herein on November 8, 2012, is hereby **adopted and affirmed and made a part hereof.**

3. This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

4. The Clerk shall enter judgment dismissing this case without prejudice and close the case.

5. The Clerk is directed to terminate any pending motions.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of January, 2013.

TIMOTHY J. CORRIGAN
United States District Judge

sa 11/28
c:
The Honorable James R. Klindt
United States Magistrate Judge

Douglas Sinclair